# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00636-CV

**Rodney Wayne Symons, II, Appellant**

**v.**

**Jill Ann Symons, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT
### NO. 10-1254, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Rodney Wayne Symons, II has informed this Court that he no longer wishes to pursue this appeal and has filed an unopposed motion to dismiss it. Appellant's counsel states that he has conferred with counsel for appellee Jill Ann Symons, who does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   October 30, 2013